Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1300 Clay St, Ste 600
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, WILLIAM FONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM FONG,

        Plaintiff,

   vs.

SSA COMMISSIONER,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:26-cv-2038-TSH

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 15-day extension of time, from June 8, 2026 to June 23, 2026, for Plaintiff's Opening Brief.

This is Plaintiff's first request for an extension of time. Good cause exists for this extension. Plaintiff respectfully requests this additional time because counsel is a solo attorney and has multiple administrative hearings as well as three other district court briefs due in this time frame. This request is made in good faith and with no intention to unduly delay the proceedings. The brief will be filed as soon as possible.

Defendant does not oppose this request for an extension of time. The parties further stipulate that the deadline for Defendant's opposition brief will be extended accordingly.

                           Respectfully submitted,

Dated: June 4, 2026                      /s/ Katherine R. Siegfried

                                         KATHERINE R. SIEGFRIED
                                         Attorney for Plaintiff


Dated: June 4, 2026                      CRAIG H. MISSAKIAN
                                         United States Attorney
                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Office of Program Litigation, Office 7

                                         /s/ Erin Highland (*as authorized via email)
                                         Erin Highland
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant


    In accordance with Civil Local Rule 5-1(i)(3), I, Katherine Siegfried, attest that I have

obtained concurrence in the filing of this document from all other signatories listed here.

                                         By:/s/Katherine Siegfried

                                         Katherine Siegfried

                                         Attorney for the Plaintiff

ORDER

Pursuant to stipulation, Plaintiff's request for an extension of time of thirty-five (35) days to file the Opening Brief in a Social Security matter is granted.

Dated:  June 9, 2026

_____
THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge