Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1300 Clay St, Ste 600
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, WILLIAM FONG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WILLIAM FONG,

      Plaintiff,

  vs.

SSA COMMISSIONER,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:26-cv-2038-TSH

**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from July 8, 2026 to July 22, 2026, for Plaintiff's Reply Brief.

This is Plaintiff's first request for an extension of time for this brief. Good cause exists for this extension. Plaintiff respectfully requests this additional time because counsel is a solo attorney and has been out of the office for the past ten days. This request is made in good faith and with no intention to unduly delay the proceedings. The brief will be filed as soon as possible.

Defendant does not oppose this request for an extension of time.

Respectfully submitted,

Dated: July 7, 2026

*/s/ Katherine R. Siegfried*

KATHERINE R. SIEGFRIED

Stip. to Extend Time & Prop. Order; 3:26-cv-2038-TSH        1

Attorney for Plaintiff

Dated: July 7, 2026

CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Shea Bond* (*as authorized via email)
Shea Bond
Special Assistant U.S. Attorney

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Katherine Siegfried, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

By _Katherine Siegfried_

Katherine Siegfried

Attorney for the Plaintiff

<u>ORDER</u>

Pursuant to stipulation, Plaintiff's request for an extension of time of fourteen (14) days to file a Reply Brief in a Social Security matter is granted.

Dated: July 8, 2026

_____
THE HONORABLE Thomas S. Hixson
United States Magistrate Judge